

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-12-00175-CR

Matthew Ryan **CAMPBELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5045
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2013.

_____
Rebeca C. Martinez, Justice